UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 18, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>              Plaintiff,             )<br>v.                                                 )<br>                                                       )<br>JOSEPH SAUER,                         )<br>                                                       )<br>              Defendant.         ) | Case No. MAG. 05-0304-PAN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH SAUER, Case No. <u>MAG. 05-0304-PAN</u>, Charge, Manufacture of 100 or more marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         __   Release on Personal Recognizance

         __   Bail Posted in the Sum of $_____

         _X_  Unsecured Appearance Bond ($160,000.00)

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         _X_  (Other)        <u>Special Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 18, 2005</u> at <u>4:45 p.m.</u> .

By   /s/ Peter A. Nowinski
      Peter A. Nowinski
      United States Magistrate Judge